IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

| | | |
|---|---|---|
| Jeffrey Lundeen, | ) | Bk. Case No. 17-12214-BLS |
| Debtor(s) | ) | Chapter 13 |

**O R D E R**

**AND NOW, TO WIT**, this ___23rd___ day of _____June_____, 20_20_, upon Notice and Hearing of Trustee's Motion to Dismiss,

**IT IS ORDERED** that the Debtor(s) petition is hereby dismissed.

_____
United States Bankruptcy Judge