# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311–1 | User: Lesa | Date Created: 6/23/2020 |
| Case: 17–12214–BLS | Form ID: pdfodc | Total: 27 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          PNC BANK, NA
11598322    Regina Wood
                                                                                            TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust         U.S. Trustee            USTPRegion03.WL.ECF@USDOJ.GOV
tr          Michael B. Joseph – Chapter 13 Trustee       mjoseph@ch13de.com
aty         Chase Nathaniel Miller         cmiller@orlans.com
aty         Christina J. Pross          cpross@mwm–law.com
aty         Ciro A. Mestres         bankruptcyecfmail@mccalla.com
aty         Edward Kosmowski            Edward.Kosmowski@Delaware.gov
aty         Edward Kerney Black         edward.black@state.de.us
aty         John E. Tarburton           jtarburton@orlans.com
aty         Michael B. Joseph – Chapter 13 Trustee       mjoseph@ch13de.com
aty         Neil F. Dignon          N.Dignon@neilfdignon.com
                                                                                            TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Jeffrey A Lundeen         33051 Grapevine Court        Lewes, DE 19958
cr          State of Delaware Division of Revenue         P O BOX 8763        Wilmington, DE 19899–1863
12962381    Bayview Loan Servicing, LLC         4425 Ponce De Leon Blvd. 5th Floor         Coral Gables, Florida 33146
11598316    Capital One        Attn: Bankruptcy         PO Box 30253        Salt Lake City, UT 84130
11598315    Capital One        General Correspondence          PO Box 30285        Salt lake City, UT 84130
11598317    Delmarva Col        820 East Main Street        Salisbury, MD 21804
11598486    Department of Labor         Division of Unemployment Insurance        P.O. Box 9953        Wilmington, DE 19809
11598318    Discover Financial          PO Box 3025        New Albany, OH 43054
11598487    Ellen Slights, Assistant US Attorney        P.O. Box 2046        Wilmington, DE 19899–2046
11598319    Jeffrey A. Lundeen         33051 Grapevine Court        Lewes, DE 19958
11598320    M & T Bank         Po Box 844         Buffalo, NY 14240
11598321    Neil F. Dignon, Esquire, Attorney at Law        20771 Professional Park Blvd        Unit 1 2d Floor        Georgetown, DE 19947
11598484    Sheriff's Office        P.O. Box 948         Georgetown, DE 19947
11598485    State of Delaware        Division of Revenue         820 N. French Street, 8th Floor        Wilmington, DE 19801–0820
11598483    Treasury Division         Sussex County Administration         P.O. Box 429        Georgetown, DE 19947
                                                                                            TOTAL: 15