IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

JEFFREY LUNDEEN,                    )        Bk. Case No. 17-12214(BLS)

    Debtor(s).                            )        Chapter 13

## APPLICATION TO PAY UNCLAIMED FUNDS INTO THE COURT

    Michael B. Joseph, Chapter 13 Trustee ("Chapter 13 Trustee") respectfully represents as follows:

    1. Jeffrey Lundeen, Debtor ("Debtor") filed a voluntary petition under Chapter 13 of the Bankruptcy Code on October 16, 2017 (the "petition date").

    2. The Debtor's case was dismissed on June 23, 2020 (the "dismissal date").

    3. The Trustee's accounting reflects that a refund balance remains in the Debtor's account in the amount of Twenty Three Thousand Two Hundred Twenty Nine Dollars and Ninety Four Cents ($23,229.94).. There has not been any response from the Debtor to mail sent to 33051 Grapevine Court, Lewes, DE 19958. Disbursement has been issued several times and Debtor has not negotiated the check and attorney for Debtor has been unable to get in touch with Debtor.

    4. The balance remaining represents unclaimed property for which the Trustee requests permission to pay into the Court and to be disposed of under Chapter 129 of Title 28.

WHEREFORE, Michael B. Joseph, Chapter 13 Trustee, respectfully requests that the Court permit the Debtor's refund of Twenty Three Thousand Two Hundred Twenty Nine Dollars and Ninety Four Cents ($23,229.94) be paid to the Clerk for deposit to the Treasury in accordance with Chapter 129 of 28 U.S.C..

/s/Michael B. Joseph
Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, DE 19899-1350
302-656-0123
Dated: July 14, 2021    Chapter 13 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

JEFFREY LUNDEEN,                    )          Bk. Case No: 17-12214(BLS)

    Debtor.                              )          Chapter 13

ORDER TO PAY UNCLAIMED FUNDS TO COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion in the amount of Twenty Three Thousand Two Hundred Twenty Nine Dollars and Ninety Four Cents ($23,229.94) representing a refund to the Debtor, to the Clerk, United States Bankruptcy Court for the District of Delaware.

_____

United States Bankruptcy Judge

Dated this        day of July 2021 .

ATTORNEY'S CERTIFICATE OF SERVICE

I, Michael B. Joseph, Esquire, Chapter 13 Trustee, do hereby certify that on July 14, 2021 I caused a copy of the within motion to be served on the following by United States Mail, Postage Prepaid:

Jeffrey Lundeen
33051 Grapevine Court
Lewes, DE 19958
Debtor

Neil F. Dignon, Esquire
20771 Professional Park Blvd
Unit 1, 2nd Floor
Georgetown, DE 19947
Attorney for Debtor

/s/Michael B. Joseph
Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, DE 19899-1350
302-656-0123
Chapter 13 Trustee