IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

JEFFREY LUNDEEN,                    )        Bk. Case No: 17-12214(BLS)

  Debtor.                           )        Chapter 13

ORDER TO PAY UNCLAIMED FUNDS TO COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion in the amount of Twenty Three Thousand Two Hundred Twenty Nine Dollars and Ninety Four Cents ($23,229.94) representing a refund to the Debtor, to the Clerk, United States Bankruptcy Court for the District of Delaware.

United States Bankruptcy Judge

Dated this 14th day of July 2021 .